# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| FIRST BAPTIST CHURCH RED OAK TEXAS INC. § § § | |
| v. § | CIVIL ACTION NO. 3:25-CV-00505-S |
| § | |
| LOGISTICS LAND INVESTMENT LLC and RO INFRASTRUCTURE LLC § § § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. Objections were filed. The Court reviewed de novo those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. Accordingly, the Court **GRANTS** the Motion to Remand [ECF No. 5]. This case is **REMANDED** to the 40th Judicial District Court, Ellis County, Texas.

**SO ORDERED.**

SIGNED November 25, 2025.

*[signature: Karen Gren Scholer]*
**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**